# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN COHEN, | Case No.: 2:19-cv-01033-APG-EJY |
| Plaintiff | **Order Accepting Report and Recommendation** |
| v. | [ECF No. 9] |
| RICHARD WHITLEY, et al., | |
| Defendants | |

On December 4, 2019, Magistrate Judge Youchah recommended that I dismiss with prejudice plaintiff Steven Cohen's wrongful termination and discrimination claims based on Title II of the Americans with Disabilities Act as alleged in his amended complaint. ECF No. 9. Cohen did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's recommendation **(ECF No. 9) is accepted** and plaintiff Steven Cohen's wrongful termination and discrimination claims based on Title II of the Americans with Disabilities Act as alleged in his amended complaint are dismissed with prejudice.

DATED this 7th day of January, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE